UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WM CAPITAL PARTNERS XXXV, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MEN'S WAREHOUSE, INC., THE, et al.,<br><br>Defendants. | Case No.  14-cv-03556-EDL<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Following the stipulated dismissal of Plaintiff WM Capital Partners XXXV, LLC's claims against Defendant The Men's Warehouse, the only remaining claims are those brought by Men's Warehouse against third-party defendant Interactive Worldwide Corporation.  Men's Warehouse will seek to have Interactive Worldwide Corporation's default entered by no later than July 10, 2015.  The case management conference currently scheduled for July 7, 2015 is hereby continued to July 21, 2015 at 10:00 a.m.  An updated case management conference statement shall be filed by July 14, 2015.

**IT IS SO ORDERED.**

Dated: July 2, 2015



ELIZABETH D. LAPORTE
United States Magistrate Judge