IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WM CAPITAL PARTNERS XXXV, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>THE MEN'S WAREHOUSE, INC.,<br><br>    Defendant.<br>─────────────────────────────<br>THE MEN'S WAREHOUSE, INC.,<br><br>    Third-Party Plaintiff,<br><br>  v.<br><br>INTERACTIVE WORLDWIDE CORP.<br><br>    Third-Party Defendant<br>─────────────────────────── / | No. C 14-03556 WHA<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

    The Court is in receipt of the report and recommendation by Magistrate Judge Elizabeth Laporte on the Men's Warehouse's motion for default judgment against third-party defendant Interactive Worldwide Corporation. No objections to this report and recommendation were filed and the Men's Warehouse submitted a sworn declaration stating that it served a courtesy copy of its default judgment motion on Interactive Worldwide Corporation. This order thus **ACCEPTS AND ADOPTS** the findings in Judge Laporte's report and recommendation. Judgment in favor of the Men's Warehouse, and against Interactive Worldwide Corporation, in the amount of $232,091.76 will be entered separately.

    **IT IS SO ORDERED.**

Dated: December 11, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE