1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

WM CAPITAL PARTNERS XXXV, LLC,

10                    Plaintiff,                                    No. C 14-03556 WHA

11      v.

12   THE MEN'S WAREHOUSE, INC.,                       **JUDGMENT**

13                    Defendant.

14   _____

15   THE MEN'S WAREHOUSE, INC.,

16                    Third-Party Plaintiff,

17      v.

18   INTERACTIVE WORLDWIDE CORP.

19                    Third-Party Defendant

     _____/

20

21           For the reasons stated in the accompanying order granting the motion for default

22   judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of the Men's Warehouse and

23   against Interactive Worldwide Corporation in the amount of $232,091.76.  The Clerk **SHALL**

24   **PLEASE CLOSE THE FILE**.

25

26           **IT IS SO ORDERED.**

27

28   Dated:  December 11, 2015.

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California